# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                       CASE NO.  3:04cr47 LAC

JOHNNY RIZO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 15, 2008

Motion/Pleadings: MOTION TO ALTER/AMEND JUDGMENT

Filed by DEFENDANT PRO SE  on 8/25/08  Doc.# 192

RESPONSES:

                                        on               Doc.#
                                        on               Doc.#

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed     \_\_\_\_\_ Consented

                                                     WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of September, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                                                                   s/*L.A. Collier*

                                                             ***LACEY A. COLLIER***
                                       *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.